**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

in re: Case No. 12-40979-BKC-JKO
Chapter 13

RICHARD LORENZO
XXX-XX-5921
MARISELA LORENZO
XXX-XX-0910

OCT 30 2015

Debtors /

**APPLICATION TO WITHDRAW UNCLAIMED FUNDS**

Applicant, Christopher Moser, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $4,591.90, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of HERITAGE PACIFIC FINANCIAL, LL. Applicant further states that:

1. (Indicate one of the following items:)

___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.**

Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

_X____ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

___ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

___ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

___ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband

and wife must sign this application, or if one spouse is requesting release of in the name of that spouse only, applicant must attach a notarized affidavit why the funds should be released to only one spouse and not in the name of

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: 10/22/15

Heritage Pacific Financial, LL
Name Under Which Funds Were Deposited

Signature of Applicant
(Note: In addition to signing, complete all information below)

2
Claim Number

Heritage Pacific Financial, LLC
Name of Party On Whose Behalf Application Was Filed*

Last Four Digits of SS# ________

Tax ID (EIN #) 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

Address: 2001 Bryan Street, Suite 1800
Dallas, TX
75201

Christopher Moser
Chapter 7 Bankruptcy Trustee
Print Name and Title of Applicant

Heritage Pacific Financial, LLC
Print Company Name
2001 Bryan Street, Suite 1800
Print Street Address
Dallas, TX 75201
Print City and State
(214) 880-1805
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on 10/26/15

Kimberly Hill

NOTARY PUBLIC, AT LARGE
STATE OF TEXAS

KIMBERLY HILL
Notary Public, State of Texas
My Commission Expires
August 10, 2019

**B9B (Official Form 9B)** (Chapter 7 Corporation/Partnership No Asset Case) (12/12) Case Number **14–40107**

UNITED STATES BANKRUPTCY COURT Eastern District of Texas

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/14/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors — Do not file this notice in connection with any proof of claim you submit to the court.**

**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Heritage Pacific Financial, LLC
~~6860 Dallas Parkway, 6th Floor~~ 2001 Bryan St, Ste 1800
~~Plano, TX 75024~~ Dallas, TX 75201

| | |
|---|---|
| Case Number:<br>14–40107 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>26–4540580 |
| Attorney for Debtor(s) (name and address):<br>James S. Brouner<br>12770 Coit Road, Suite 541<br>Dallas, TX 75251<br>Telephone number: (972) 628–3692 | Bankruptcy Trustee (name and address):<br>Christopher Moser<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201<br>Telephone number: (214) 880–1805 |

## Meeting of Creditors

Date: **February 14, 2014** Time: **10:00 AM**

Location: **Southfork Hotel, 1600 N. Central Expressway, Plano, TX 75074**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Suite 300B<br>660 North Central Expressway<br>Plano, TX 75074<br>Telephone number: (972)509–1240 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeanne Henderson |
| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 1/15/14 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Case No. 12-40979-BKC-JKO
Chapter 13

RICHARD LORENZO
XXX-XX-5921
MARISELA LORENZO
XXX-XX-0910

OCT 30 2015

Debtors /

## AFFIDAVIT OF CLAIMANT

I, Christopher Moser, am (indicate status of claimant)

( ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to ______________________________, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( X ) the duly authorized representative for the claimant "business" Heritage Pacific Financial LLC as I am the Chapter 7 Trustee for Heritage Pacific Financial LLC; or

( ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to ______________________________, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to ______________________________, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to ______________________________ a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $4,591.90 deposited in this court in the name of Heritage Pacific Financial LL and representing claim number 2 (if no claim was filed write "scheduled" in blank space).

2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified

copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

[signature]
signature of claimant or representative of "business" claimant

Dated: 10/26/15

Christopher J. Moser
print name

Chapter 7 Bankruptcy Trustee
title

26-4540580
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

2001 Bryan Street, Suite 1800,
Dallas, TX 75201
address

(214 880-1805
Phone number

signature of joint debtor (if applicable)

print name

Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

Sworn to and Subscribed before me
on 10/26/15.

[signature]
NOTARY PUBLIC, AT LARGE

STATE OF TEXAS

KIMBERLY HILL
Notary Public, State of Texas
My Commission Expires
August 10, 2019



LF-28 (rev. 12/01/09)

**B9B (Official Form 9B)** (Chapter 7 Corporation/Partnership No Asset Case) (12/12) Case Number **14–40107**

UNITED STATES BANKRUPTCY COURT Eastern District of Texas

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/14/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors — Do not file this notice in connection with any proof of claim you submit to the court.**

**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Heritage Pacific Financial, LLC
~~6860 Dallas Parkway, 6th Floor~~
~~Plano, TX 75024~~
2001 Bryan St., Ste. 1800
Dallas, TX 75201

| | |
|---|---|
| Case Number:<br>14–40107 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>26–4540580 |
| Attorney for Debtor(s) (name and address):<br>James S. Brouner<br>12770 Coit Road, Suite 541<br>Dallas, TX 75251<br>Telephone number: (972) 628–3692 | Bankruptcy Trustee (name and address):<br>Christopher Moser<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201<br>Telephone number: (214) 880–1805 |

## Meeting of Creditors

Date: **February 14, 2014** Time: **10:00 AM**

Location: **Southfork Hotel, 1600 N. Central Expressway, Plano, TX 75074**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Suite 300B<br>660 North Central Expressway<br>Plano, TX 75074<br>Telephone number: (972)509–1240 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeanne Henderson |
| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 1/15/14 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 12-40979-BKC-JKO**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

RICHARD LORENZO
XXX-XX-5921
MARISELA LORENZO
XXX-XX-0910

DEBTORS /

**NOTICE OF DEPOSIT OF FUNDS WITH THE UNITED STATES BANKRUPTCY COURT CLERK**

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$4,591.90** remaining in her bank account which represents unpresented checks drawn and mailed to HERITAGE PACIFIC FINANCIAL, LL pursuant to the final distribution under U.S.C. 726, 1226, or 1326 in a case under the Chapter 13 in the above-named case. The Trustee has made a good faith effort to verify the correct mailing address for said entities and to deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment.

Attached and made a part of this notice, is a list, pursuant to Bankruptcy Rule 3001, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE,** the Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice Of Deposit of Funds was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 9th day of October, 2015.

*/s/ Robin R. Weiner*

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

ATTACHMENT

**NOTICE OF DEPOSIT OF FUNDS WITH THE UNITED STATES BANKRUPTCY COURT CLERK**

**ATTACHMENT - LISTING OF CLAIMANT**

**CASE NO.: 12-40979-BKC-JKO**

CREDITOR NO.: 58551

COURT CLAIM NO.: 2

CLAIMANT: HERITAGE PACIFIC FINANCIAL, LL
2200 K AVE
SUITE 200
PLANO, TX 75074